IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DAVID WALKER**                                                                                      **PLAINTIFF**
**ADC #139638**

v.                             Case No. 4:13CV00452 KGB

**ANDY SHOCK** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 19). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.   Defendants' motion to dismiss is granted (Dkt. No. 7), and plaintiff David Walker's complaint is dismissed with prejudice.

2.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.   The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 4th day of March, 2014.

_____
Kristine G. Baker
United States District Judge