# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**DAVID WALKER**                                                             **PLAINTIFF**
**ADC #139638**

**v.**                              **Case No. 4:13CV00452 KGB**

**ANDY SHOCK** *et al.*                                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order entered this date, it is considered, ordered, and adjudged that this case be dismissed with prejudice. The relief sought is denied. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 4th day of March, 2014.

_____
Kristine G. Baker
United States District Judge